UNITED STATES of America,
Plaintiff-Appellee,

v.

Elaine BESTON, Defendant-Appellant.

No. 15-30218

United States Court of Appeals,
Ninth Circuit.

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Submitted August 9, 2017 *

Filed August 17, 2017

Joseph E. Thaggard, Assistant U.S. Attorney, USMI—Office of the U.S. Attorney, Missoula, MT, Leif Johnson, Assistant U.S. Attorney, Office of the US Attorney, Billings, MT, for Plaintiff-Appellee

Anthony R. Gallagher, Federal Public Defender, FDMT—Federal Defenders of Montana (Great Falls), Great Falls, MT, for Defendant-Appellant

Before: SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Elaine Beston appeals from the district court's order granting in part her motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

The district court reduced Beston's sentence from 192 to 180 months. Beston contends that she is entitled to a further sentence reduction. The record reflects, however, that Beston was ineligible for a reduction because her sentence was not "based on a sentencing range that has subsequently been lowered by the Sentencing Commission." 18 U.S.C. § 3582(c)(2); *United States v. Rodriguez-Soriano*, 855 F.3d 1040, 1045-46 (9th Cir. 2017). Nevertheless, we will not enlarge Beston's sentence because "a defendant who appeals but faces no cross-appeal can proceed anticipating that the appellate court will not enlarge [her] sentence." *Greenlaw v. United States*, 554 U.S. 237, 252, 128 S.Ct. 2559, 171 L.Ed.2d 399 (2008).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

